IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-00331-FL-1

**Carlton Bronta May**,

    Petitioner

v.

**United States of America**,

    Respondent

**Order**

Following an evidentiary hearing, the Court directs that Petitioner file a supplemental brief within 14 days of the filing of the transcript. If Petitioner does not wish to submit a supplemental brief, he shall file notice that to that effect. Within 14 days of service of Petitioner's supplemental brief or notice, the Government may file its supplemental brief or file a notice that it elects to forego such filing.

Dated: February 4, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge